■

**COM.**

**v.**

**TAYLOR, J.**

**1548 WDA 2016**

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0000812–1996 (Allegheny)
Affirmed

■

**COM.**

**v.**

**HOWARD, E.**

**1549 WDA 2016**

Superior Court of Pennsylvania.

06/21/2017

CP–26–CR–0001069–2016 (Fayette)
Affirmed

■

**COM.**

**v.**

**FOWLER, N.**

**3722 EDA 2015**

Superior Court of Pennsylvania.

06/22/2017

CP–51–CR–0007715–2014
(Philadelphia)
Affirmed

■

**FORCIER, G.**

**v.**

**BALL, D.**

**1243 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

C–0048–PF–2016–00091
(Northampton)

Affirmed/Vacated/Remanded

■

**FORCIER, G.**

**v.**

**BALL, D.**

**1535 EDA 2016**

Superior Court of Pennsylvania.

6/22/2017

C–0048–PF–2016–00091,    CP–48–MD–0000670–2016
(Northampton)

Affirmed/Vacated/Remanded

